UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE MARTIN and DANEISHA SINGLETON, on behalf of themselves and all others similarly situated, and the Proposed New York Rule 23 Class,<br><br>       Plaintiffs,<br><br>    -against-<br><br>SPRINT/UNITED MANAGEMENT COMPANY and WALLACE MORGAN, INC.,<br><br>       Defendants. | Case No. 15-cv-05237 (PAE/HBP) |

**DECLARATION OF NICOLE A. EICHBERGER IN SUPPORT OF DEFENDANT SPRINT/UNITED MANAGEMENT COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE**

I, Nicole A. Eichberger, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

 1. I am senior counsel at Proskauer Rose, LLP, attorneys for Defendant Sprint/United Management Company ("Sprint") in the above-captioned matter.

 2. I am fully familiar with the facts set forth herein and submit this Declaration in support of Sprint's Opposition to Plaintiffs' Motion for Conditional Collective Certification and Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b).

 3. Attached hereto as **Exhibit A** is a true and correct copy of the Amended and Restated Outreach Agency Agreement between Sprint and Credico (USA) LLC ("Credico"), dated as of September 15, 2012.

 4. Attached hereto as **Exhibit B** is a true and correct copy of Amendment No. 1 to Outreach Agency Agreement between Sprint and Credico, effective April 1, 2014.

5. Attached hereto as **Exhibit C** is a true and correct copy of Amendment No. 2 to Outreach Agency Agreement between Sprint and Credico, effective April 8, 2014.

6. Attached hereto as **Exhibit D** is a true and correct copy of Amendment No. 3 to Outreach Agency Agreement between Sprint and Credico, effective May 1, 2014.

7. Attached hereto as **Exhibit E** is a true and correct copy of Amendment No. 4 to Outreach Agency Agreement between Sprint and Credico, effective March 4, 2015.

8. Attached hereto as **Exhibit F** is a true and correct copy of Amendment No. 5 to Outreach Agency Agreement between Sprint and Credico, effective June 1, 2015.

9. Attached hereto as **Exhibit G** is a true and correct copy of the revised Outreach Agency Program Standard Operating Procedures (as of August 22, 2014).

10. Attached hereto as **Exhibit H** is a true and correct copy of the AAF Form #4759 ("Agent Acknowledgment Form") for Jamie Martin.

11. Attached hereto as **Exhibit I** is a true and correct copy of the NASF Form #5358 for Jamie Martin.

12. Attached hereto as **Exhibit J** is a true and correct copy of the Agent Knowledge – Daily Checklist (v. 3.0)

13. In the event that the Court certifies a collective, attached hereto as **Exhibit K** is a true and correct copy of Defendant's proposed Collective Action Notice.

14. Attached hereto as **Exhibit L** is a true and correct comparison of Defendant's proposed Collective Action Notice (**Exhibit K**) and Plaintiffs' proposed Collective Action Notice (Declaration of A. Prakash, Exs. 17 & 18).

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

|  |  |
|---|---|
| | PROSKAUER ROSE LLP |
| Dated: November 13, 2015<br>　　　New York, New York | By: __/s/ Nicole A. Eichberger___<br>Nicole A. Eichberger (*pro hac vice*)<br>Eleven Times Square<br>New York, New York 10036-8299<br>Phone: 212.969.3000<br>Fax: 212.969.2900<br>neichberger@proskauer.com |