UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                     :

JAMIE MARTIN and DANEISHA         :
SINGLETON on behalf of themselves and all   :
other similarly situated, and the Proposed New  :
York Rule 23 Class,                     :

                  Plaintiffs,        :   Case No. 15-cv-05237 (PAE) (HP)

                                      :

       -against-                       :

SPRINT/UNITED MANAGEMENT          :
COMPANY, CREDICO (USA) LLC, and      :
WALLACE MORGAN, INC.,            :

               Defendants.     :
----------------------------------------------------------x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Jennifer H. Rearden, of the law firm of Gibson, Dunn &

Crutcher LLP, an attorney duly admitted to the Bar of this Court, hereby appears as counsel for

defendant Credico (USA) LLC in this action and requests that all subsequent papers be served

upon her at the address indicated below.

       Please add the following to the service list for this proceeding:

       Jennifer H. Rearden, Esq. (jrearden@gibsondunn.com)
       GIBSON, DUNN & CRUTCHER LLP
       200 Park Avenue
       New York, NY  10166-0193
       Telephone:  212.351.4000
       Facsimile:  212.351.4035

Dated:    June 22, 2016                    GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Jennifer H. Rearden
Jennifer H. Rearden
(jrearden@gibsondunn.com)

200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

*Attorneys for Defendant Credico (USA) LLC*

cc:     All counsel of record (via ECF)

Attorneys for Plaintiffs

Rachhana T. Srey
Anna P. Prakash
Brittany B. Skemp
Nichols Kaster, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Ph: (612) 526-3200
Fx: (612) 215-6870
Email: srey@nka.com
Email: aprakash@nka.com
Email: bbachmanskemp@nka.com

Joseph Fitapelli
Brian Schaffer
Frank Mazzaferro
Fitapelli & Schaffer, LLP
28 Liberty Street
New York, NY 10005
Ph: (212) 300-0375
Fx: (212) 564-5468
Email: jfitapelli@fslawfirm.com
Email: bschaffer@fslawfirm.com
Email: fmazzaferro@fslawfirm.com

Attorneys for Defendant Sprint/United Management Company

Elise M. Bloom
Gregory I. Rasin
Steven D. Hurd
Mark W. Batten
Nicole A. Eichberger
Michele A. Annese
Susan C. McAleavey
Eleven Times Square
New York, New York 10036-8299
Ph: (212) 969-3000
Fx: (212) 969-2900
Email: ebloom@proskauer.com
Email: grasin@proskauer.com
Email: shurd@proskauer.com

Attorneys for Wallace Morgan, Inc.

William Cusack
Valerie L. Hooker
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017-5639
Ph: (212) 490-3000
Fx: (212) 490-3038
Email: William.Cusack@wilsonelser.com
Email: Valerie.Hooker@wilsonelser.com