UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JAMIE MARTIN and DANEISHA SINGLETON on behalf of themselves and all other similarly situated, and the Proposed New York Rule 23 Class,

        Plaintiffs,

  -against-

SPRINT/UNITED MANAGEMENT COMPANY, CREDICO (USA) LLC, and WALLACE MORGAN, INC.,

        Defendants.
------------------------------------------------------------x

Case No. 15-cv-05237 (PAE) (HP)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Defendant Credico (USA) LLC, through its counsel, hereby provides the following corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1:

    Credico (USA) LLC is a wholly owned subsidiary of Cristomel Inc., a private company. Cristomel Inc. does not have a parent corporation, and no publicly-held corporations own ten percent or more of Cristomel Inc.

Dated:   June 23, 2016

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Jennifer H. Rearden

Jennifer H. Rearden
Gabrielle Levin
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035
jrearden@gibsondunn.com
glevin@gibsondunn.com
*Attorneys for Defendant Credico (USA), LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2016, I filed this document via the CM/ECF system, which will provide notice to all counsel of record.

/s/ Jennifer H. Rearden
Jennifer H. Rearden