# EXHIBIT 21

# REDACTED

---------- Forwarded message ----------
From: <admin@aurico.com>
Date: Mar 25, 2015 4:08 PM
Subject: Consent Form Request from Wallace Morgan Inc.
To: <my1love.jm@gmail.com>
Cc:


Wallace Morgan Inc. has sent you an invitation to complete an Authorization and Consent form for employment related background screening through Aurico. Please click on the link below and log in with the following information. Please complete this form within 48 hours.


Secure Access: Click Here To Complete Release
Username: my1love.jm@gmail.com
Password: txN98yXD

**NOTE: Once you complete the Authorization and Consent access to the link will be disabled.**

Questions? Call Aurico - (844) 220-6741

---

CONFIDENTIALITY NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential material. Any unauthorized review, use, disclosure, downloading, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and permanently delete all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please advise the sender immediately.



MARTIN0000033