# EXHIBIT 44



Don-ZIC
864-312-8839

# Assurance Wireless Talking Points

**What's new with Assurance Wireless?**
Assurance Wireless has changed its previous free offer of 250 Voice Minutes Each Month & 250 Texts Each Month.

**New customers who qualify receive:**
- FREE cell phone
- 500 FREE Voice Minutes Each Month (for the first 4 months)
- UNLIMITED FREE texts Each Month

**What happens after 4 months**
After 4 months, customers will receive 250 FREE Voice Minutes each month and will continue to receive Unlimited FREE Texts as long as they remain eligible. After 4 months, customers no longer receive the additional 250 bonus minutes.

**When does the offer end?**
Customers must be approved for Assurance Wireless service by 12/31/14 to be eligible for 500 FREE voice minutes for the first 4 months of service.

**Is the offer available in my state?**
The offer is available in all the states in which Assurance Wireless provides service except CA.

**How does the Assurance Wireless plan compare to Safelink's plan?**
- Assurance offers 500 FREE voice minutes for 4 months. Safelink offers 500 FREE minutes for only 3 months.
- Assurance offers 500 FREE voice minutes to new customers who are sign up for service by December 31, 2014. Safelink offers 500 minutes for new customers who sign up by September 15, 2014.
- Assurance offers UNLIMITED FREE texts; Safelink offers only 1000 texts

**How does the Assurance Wireless plan compare to other Lifeline plans?**
Assurance Wireless offers the most bonus voice minutes of any Lifeline Assistance plan AND is the only major Lifeline Assistance plan that also offers Unlimited FREE texts. As you can see from the chart below, Assurance Wireless has the best offer among major Lifeline programs.

| | Assurance Wireless | Safelink Wireless | I-Wireless | Budget Mobile | ReachOut Wireless | Cricket |
|---|---|---|---|---|---|---|
| FREE Texts Each Month | UNLIMITED | 1000 | 250 | 250 | 250 | No Free Plans |
| | | | OR | | OR | |
| FREE Minutes Each Month | 250 | 250 | 250 | 250 | 250 | |
| Bonus Minutes | 4 months = 1000 minutes | 3 months = 750 minutes. | None | None | None | |

Includes national plans with the most free minutes among major Lifeline programs (with more than 400K customers). Excludes CA and OK state-specific plans.



MARTIN0000021

**Who can get this offer?**
Customers new to Lifeline and customers switching from another Lifeline carrier.

**Can a customer switch from another Lifeline carrier to Assurance Wireless?**
Many of our customers will be switching from another Lifeline carrier such as Safelink. You must ask each prospective customer if they already get a Lifeline discount. If the answer is yes, tell them:

- They **CAN** transfer/switch to Assurance Wireless.
- They can even keep their current phone number.
- Once their Lifeline discount is transferred to Assurance Wireless, they will no longer receive a Lifeline discount from their current carrier since they can only get one Lifeline discount per household.
- You must tell them, by applying for Assurance Wireless service, they are consenting to transfer their Lifeline benefit. If they do not want to transfer their Lifeline benefit from their current carrier, they should not apply.

**Can current/longstanding Assurance Wireless customers get the new offer?**
No. The new offer is for new customers only.

If you think they are going to switch to another service if they don't get some sort of upgrade immediately, tell them to call Customer Care at **1-888-321-5880**.

MARTIN0000022