# EXHIBIT 52

## Profeta, Stephen

| | |
|---|---|
| **From:** | Hooker, Valerie L. <Valerie.Hooker@wilsonelser.com> |
| **Sent:** | Thursday, March 16, 2017 4:38 PM |
| **To:** | 'srey@nka.com'; 'bbachmanskemp@nka.com'; 'bskemp@nka.com'; 'jfitapelli@fslawfirm.com'; 'bschaffer@fslawfirm.com'; 'fmazzaferro@fslawfirm.com'; 'ebloom@proskauer.com'; 'grasin@proskauer.com'; 'shurd@proskauer.com'; 'neichberger@proskauer.com'; Rearden, Jennifer H.; Levin, Gabrielle; Boutrous Jr., Theodore J.; Schwartz, Jason C.; Williams, Greta B.; Stewart, Ryan C. |
| **Cc:** | Cusack, William |
| **Subject:** | Martin v. Sprint/Credico/WM: Document Production |
| **Attachments:** | 8020158 - Letter to Plaintiffs Enclosing Documents.PDF |

Dear Counsel,

Attached is a letter being sent to all parties via overnight mail along with a CD containing documents Bates Nos. WM002317-2319.  In compliance with the Court's Order, dated March 3, 2017, documents Bates Nos. WM002317-2319 contain payroll data for individuals that worked on the Assurance Wireless account.

Best regards,

Valerie L. Hooker
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5917 (Direct)
212.490.3000 (Main)
212.490.3038 (Fax)
valerie.hooker@wilsonelser.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.
**Thank you.**